**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

02-44 PAM/JGL

State Farm Mutual Automobile
Insurance Company,

Plaintiff,

v.

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Ernest Fisher, Rebecca Fisher,
Miguel Abundez, Alejandro Abundez,
Jorge Sanchez, Uriel Martinez and
Tsehah Scroggins,

Defendants.

---

Based upon the foregoing Stipulation for Dismissal without Prejudice entered into by plaintiff and upon all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED:**

That the above-entitled action is hereby dismissed without prejudice relative to defendant Alejandro Abundez, without further costs to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: March 23, 2002

Judge of United States District Court

948987.1

FILED MAR 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 25 2002
DEPUTY CLERK