**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

State Farm Mutual Automobile Insurance Company,

Plaintiff,

v.

Ernest Fisher, Rebecca Fisher, Miguel Abundez, Alejandro Abundez, Jorge Sanchez, Uriel Martinez and Tsehah Scroggins,

Defendants.

Court File No. 02-0044 PAM/JGL

**ORDER FOR ENTRY OF DEFAULT JUDGMENT**

---

The above entitled-matter came on for hearing before the undersigned on Plaintiff State Farm's motion for default judgment. Having considered all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED:**

That Plaintiff State Farm's motion for default judgment is **GRANTED.**

**IT IS ADJUDGED AND DECLARED:**

1. State Farm Policy No. 0197-209-23, issued to Ernest Fisher as insured is void *ab initio.*

2. State Farm has no obligation under Policy No. 0197-209-23 to defend or indemnify Defendant Ernest Fisher, Rebecca Fisher or Miguel Abundez with respect to any claim asserted against them by Jorge Sanchez, Uriel Martinez, or Tsehah Scroggins.

3. State Farm has no duty to pay Ernest Fisher, Rebecca Fisher, Miguel Abundez, Jorge Sanchez, or Uriel Martinez any first-party benefits under Policy No. 0197-209-23

FILED APR 0 4 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD APR 0 4 2002
DEPUTY CLERK

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: April 4, 2002

PAUL A. MAGNUSON
Judge of United States District Court

947724.1